IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| OJORE MULUMBA AJAMU, VII, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:05CV0060 |
| vs. ) | |
| ) | ORDER |
| DOUGLAS COUNTY CORRECTIONS, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

    This matter is before the court on filing no. 37, the motion for leave to withdraw counsel, filed by the defendants. Filing no. 37 also seeks leave to substitute Arturo Perez for Derek R. Vaughn as counsel on record for the defendants.

    IT THEREFORE IS ORDERED that the motion for leave to withdraw (#37) is granted. The Clerk shall send Derek R. Vaughn a copy of this order, and then remove him from the distribution list for this case. Arturo Perez will now be the counsel on record for the defendants in this case.

    DATED this 22nd day of December, 2005.

BY THE COURT:

s/F.A. GOSSETT
United States Magistrate Judge