IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| OJORE MULUMBA AJAMU, VII, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05cv60 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DOUGLAS COUNTY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

_____

| | | |
|---|---|---|
| OJORE MULUMBA AJAMU, VII, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05cv277 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DOUGLAS COUNTY, | ) | |
| | ) | |
| Defendant. | ) | |

_____

| | | |
|---|---|---|
| OJORE MULUMBA AJAMU VII, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05cv319 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DR. GENSLER and | ) | |
| DOUGLAS COUNTY, | ) | |
| | ) | |
| Defendants. | ) | |

_____

| | | |
|---|---|---|
| OJORE MULUMBA AJAMU VII, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06cv3115 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| NEBRASKA DEPARTMENT OF | ) | |
| CORRECTIONS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

_____

This matter is before the court on the Important Notice to the Court filed on or about August 7, 2006, by the plaintiff, Ojore Mulumba Ajamu VII, in the above-entitled cases. Mr. Ajamu has notified the court, among other matters, that he does not have a brother named Royce Howard Thomas, or any other brothers or sisters. In accordance with Mr. Ajamu's wishes, his Notice has been filed in all of the above cases, thereby providing the information he sought to disseminate to the persons he listed in his Notice.

However, employees of the court are concerned about whether the court has a full understanding of Mr. Ajamu's circumstances. A review of the court's records has not revealed that anyone has been impersonating Mr. Ajamu in his cases. However, in order to assist in effectively implementing the Important Notice to the Court filed by Mr. Ajamu, I am entering this Order, requesting that Mr. Ajamu clarify whether there is any other relief he seeks or any particular reason he needs the court to know that he is not related to anyone named Royce Howard Thomas.

Mr. Ajamu's Notice has been received, filed and noted, and any further explanation by Mr. Ajamu would be welcome. However, Mr. Ajamu does not have to respond if he prefers not to do so.

SO ORDERED.

DATED this 9th day of August, 2006.

BY THE COURT:


s/ F. A. GOSSETT
United States Magistrate Judge