IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| OJORE MULUMBA AJAMU, VII, ) | 8:05CV60 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| DOUGLAS COUNTY, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

IT IS ORDERED that Plaintiff's filings 67 and 68, treated as motions, are denied.

May 30, 2007.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge