IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| OJORE MULUMBA AJAMU VII, | ) | 8:05CV60 |
| | ) | |
| Plaintiff, | ) | **MEMORANDUM** |
| v. | ) | **AND ORDER** |
| | ) | |
| DOUGLAS COUNTY CORRECTIONS, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

Effective September 24, 2007, the Douglas County Attorney's Office assigned new counsel to represent the defendants. The defendants now move for a 45-day extension of the progression schedule in this case so that their new counsel may familiarize herself with the issues and appropriately handle discovery matters, dispositive motions, and the pretrial conference. (Filing 78.) The motion will be denied because no good cause for a continuance has been shown.

A motion for summary judgment was filed by the defendants on August 23, 2007, and is now ripe for decision. Defendant's new counsel was able to file a motion to compel discovery on October 1, 2007. The pretrial conference is not scheduled to occur until January 10, 2008, which is almost three years after the date this case was filed.

IT IS ORDERED that Defendants' motion for a continuance (filing 78) is denied.

October 11, 2007        BY THE COURT:

                        s/ *Richard G. Kopf*
                        United States District Judge