IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| OJORE MULUMBA AJAMU VII, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV60 |
| | ) | |
| V. | ) | |
| | ) | |
| DOUGLAS COUNTY, et al., | ) | ORDER |
| | ) | |
| Defendants. | ) | |

On the court's own motion,

IT IS ORDERED that the Final Pretrial Conference is rescheduled before Magistrate Judge David L. Piester to Friday, February 29, 2008, at 10:00 a.m.

December 3, 2007.         BY THE COURT:

                          *S/ Richard G. Kopf*
                          United States District Judge